LYON & KNIGHTON v. HARLOW and others.

MAY TERM, 1842.

The circuit court has no power to quash the writ, and dismiss the suit, because bail was improperly required, in an action commenced by capias.

Lyon & Knighton v. Harlow & others.

Appeal from the Circuit Court of Washington county.

BRICKEY & COLE for Appellants.

FRISSELL for Appellees

*Opinion of the Court, delivered by Tompkins, Judge.*

This was an action of trespass, commenced by the plaintiffs against the defendants, by writ of capias. The defendants having appeared, moved to quash the writ. The circuit court sustained the motion, and dismissed the suit. The statute provides, that the court at any time pending the suit, if they be satisfied that bail ought not to have been required, may vacate the order, allowing the capias, or may direct the recognizance to be cancelled, or the defendant to be discharged from imprisonment; and in every such case shall order his appearance to be accepted, and the suit to proceed in all things, as if the original had been a summons. See Digest, page 453. The circuit court committed error, then, in quashing the writ, and in dismissing the suit. The plaintiffs should have been permitted to proceed in their suit, as if a summons had been issued in the first instance.

The circuit court has no power to quash the writ, and dismiss the suit, because bail was improperly required, in an action commenced by capias.

The judgment of that court is therefore reversed, and the cause will be remanded for further proceedings, in conformity with this opinion.